**Order filed March 1, 2018**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-00007-CV
_____

### ISSAC COOK & NAKIA COOK, Appellants

### V.

### MUFADDAL REAL ESTATE FUND, Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1064435**

## O R D E R

The notice of appeal in this case was filed October 31, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 15, 2018.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM